# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri
### Eastern Division

In re:

Kevin James Morrell — **Debtor(s)** — Bankruptcy Case No.:24−44713 − B357

Charles W Riske — **Plaintiff(s)** — Chapter: 7

Daniel James Dempster — **Defendant(s)** — Adversary Proceeding No.:25−04038 − B357

**All documents regarding this matter must be identified by both Adversary and Bankruptcy Case numbers**

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of the Clerk:
> United States Bankruptcy Court
> Eastern District of Missouri
> 111 South Tenth Street, 4th Floor
> St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer on plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Brian James LaFlamme
> Summers Compton Wells LLC
> 903 S. Lindbergh
> Suite 200
> St. Louis, MO 63131−2934

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pre−trial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: Unites States Bankruptcy Court Thomas F. Eagleton Courthouse 111 South Tenth Street St. Louis, MO 63102 | Courtroom 5 North |
|---|---|
| | Date and Time August 6, 2025   11:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. FAILURE OF THE PLAINTIFF TO APPEAR ON THE DATE AND TIME SET FORTH IN THIS SUMMONS AND NOTICE MAY RESULT IN DISMISSAL OF THIS ADVERSARY PROCEEDING.**

Dana C. McWay
**Clerk of the Bankruptcy Court**

By: Craig Spidle
Deputy Clerk

June 16, 2025
Date

Form B 2500B (Rev 11/19)

# CERTIFICATE OF SERVICE

I, __Christina Hauck__, certify that service of this summons and a copy of the
       (name)
complaint was made __June 17, 2025__ by:
                        (date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
AND VIA CERTIFIED MAIL
Daniel J. Dempster
421 Bluff Meadow Drive
Ballwin, MO 63021

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____
as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date | Signature |
|---|---|
| June 17, 2025 | /s/ Christina Hauck |

| Print Name | Christina Hauck | | | | |
|---|---|---|---|---|---|
| Business Address | 903 S. Lindbergh Blvd, Suite 200 | | | | |
| City | St. Louis | State | MO | Zip | 63131 |