# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 24-44713 |
| | ) Honorable Brian C. Walsh |
| KEVIN JAMES MORRELL, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| CHARLES W. RISKE, Trustee, | ) |
| | ) |
| Plaintiff, | ) Adversary No. 25-04038-357 |
| vs. | ) Honorable Brian C. Walsh |
| | ) |
| DANIEL JAMES DEMPSTER, | ) |
| | ) |
| Defendant. | ) Hearing date: August 20, 2025 |
| | ) Hearing time: 10:00 a.m. |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Trustee's Motion for Default Judgment against Defendant Daniel James Dempster (the "Defendant") will be brought up for hearing on August 20, 2025 at 11:00 a.m. before the Honorable Brian C. Walsh at the United States Bankruptcy Court, Thomas F. Eagleton Courthouse, 111 S. 10th Street, 5th Floor-North, St. Louis, Missouri 63102. A duplicate of the Motion is available upon request to the undersigned or via the Court's CM/ECF Case Management-Electronic Case Filing System. Any response or objection to such must be filed with the Clerk of the United States Bankruptcy Court, Thomas F. Eagleton United States Courthouse, 111 South 10th Street, 4th Floor, St. Louis, Missouri 63102.

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY AUGUST 13, 2025. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF**

**MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Respectfully submitted,
SUMMERS COMPTON WELLS LLC

Date: July 28, 2025

By: /s/ Sarah E. Tomlinson
SARAH E. TOMLINSON, (#72441MO)
Attorney for Trustee
903 S. Lindbergh Blvd, Suite 200
St. Louis, MO 63131
(314)991-4999
(314)991-2413/FAX
stomlinson@scw.law

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on July 28, 2025 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List. I further certify that a true and correct copy of the foregoing document has also been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed below on July 28, 2025:

| Daniel James Dempster 421 Bluff Meadow Drive Ballwin, MO 63021 | |
|---|---|

Date: July 28, 2025                      /s/ Christina Hauck

#3423154v1                                2