# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 24-44713-357 |
| | ) |
| **KEVIN JAMES MORRELL**, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| **CHARLES W. RISKE**, Trustee, | ) |
| | ) |
| Plaintiff, | ) Adversary No. 25-04038-357 |
| | ) |
| v. | ) |
| | ) |
| **DANIEL DEMPSTER**, | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT AGAINST DANIEL JAMES DEMPSTER

This matter is before the Court upon the Trustee's Adversary Complaint brought pursuant to 11 U.S.C. § 542 and alternatively 11 U.S.C. §§ 548 and 550.

For the reasons stated in the Court's Order Granting Motion for Default Judgment, the Court ADJUDGES AND DECREES as follows:

1. Judgment is entered in favor of Plaintiff Charles W. Riske and against Defendant Daniel Dempster as to Count I of the Complaint in the amount of $45,000.00, plus post-judgment interest at the legal rate.

2. Plaintiff shall recover his costs. The Clerk may tax costs on 14 days' notice under Federal Rule of Bankruptcy Procedure 7054(b)(1).

3. Counts II and III of the Complaint are hereby dismissed, without prejudice, as moot in light of this Court's judgment on Count I of the Complaint.

Dated: August 21, 2025
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**Sarah E. Tomlinson**
903 S. Lindbergh Blvd, Suite 200
St. Louis, MO 63131


Copies to:

**Daniel James Dempster**
421 Bluff Meadow Drive
Ballwin, MO 63021

**Brian James LaFlamme**
Summers Compton Wells LLC
903 S. Lindbergh
Suite 200
St. Louis, MO 63131-2934

**David A. Sosne**
Summers Compton Wells LLC
903 S. Lindbergh
Suite 200
St. Louis, MO 63131-2934

**Sarah E. Tomlinson**
Summers Compton Wells
903 S. Lindbergh Blvd.
Suite 200
St. Louis, MO 63131

United States Bankruptcy Court
Eastern District of Missouri

Riske,
    Plaintiff

Dempster,
    Defendant

Adv. Proc. No. 25-04038-bcw

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: pdfo1 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Charles W Riske, 13321 N 40 Outer Road - Suite 600, Town & Country, MO 63017 |
| dft | + | Daniel Dempster, 421 Bluff Meadow Drive, Ballwin, MO 63021-5993 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion13.sl.ecf@usdoj.gov | Aug 21 2025 23:16:00 | Office of US Trustee, 111 S Tenth St, Ste 6.353, St. Louis, MO 63102-1127 |
| ust | + | Email/Text: ustpregion13.sl.ecf@usdoj.gov | Aug 21 2025 23:16:00 | Paul A. Randolph, Office of U.S. Trustee, 111 S. 10th St., Ste. 6353, St. Louis, MO 63102-1125 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian James LaFlamme | on behalf of Plaintiff Charles W Riske blaflamme@summerscomptonwells.com |
| David A. Sosne | |

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: pdfo1 | Total Noticed: 4 |

on behalf of Plaintiff Charles W Riske dasattymo@summerscomptonwells.com

Sarah E. Tomlinson

on behalf of Plaintiff Charles W Riske stomlinson@summerscomptonwells.com chauck@summerscomptonwells.com

TOTAL: 3